IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARY SPARKS,

Plaintiff,

v.

ETHICON, INC., *et al.*,

Defendants.

Case No. 20-cv-1131 JPG

### JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: August 31, 2021**        MARGARET M. ROBERTIE, Clerk of Court

   *s/Tina Gray*, Deputy Clerk


**Approved:**   *s/J. Phil Gilbert*
   **J. PHIL GILBERT**
   **DISTRICT JUDGE**